# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2014

## NO. 03-13-00220-CV

**Trent Alvon Smith, Appellant**

**v.**

**District Attorney Office for Wood County, Texas, and
The 402-G District Court of Wood County, Texas, Appellee**

---

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the dismissal orders signed by the trial court on March 21, 2013 and April 10, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.